FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>STEVEN DONZIGER; et al.,<br><br>        Defendants,<br><br> v.<br><br>JOHN DOE; et al.,<br><br>        Non-Party Movants - Appellants. | No. 13-16920<br><br>D.C. No. 3:12-mc-80237-CRB<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: BERZON and RAWLINSON, Circuit Judges.

This court has received appellants' emergency motion to stay the district court's orders of August 22, 2013 and October 21, 2013 pending appeal; the opposition to that motion; and the reply. The district court's orders are stayed temporarily pending further order of this court, which shall issue no later than Monday, October 28, 2013. Google and Yahoo! shall not produce the discovery at issue pending further order of this court.

RJ/MOATT

The briefing schedule established previously shall remain in effect.